LAW OFFICES

# BASS & ASSOCIATES

A PROFESSIONAL CORPORATION

FORT LOWELL CORPORATE CENTER
SUITE 200
3936 EAST FORT LOWELL ROAD
TUCSON, ARIZONA 85712

TELEPHONE
(520) 577-1544
FACSIMILE
(520) 577-1546

August 2, 2011

U.S. Bankruptcy Court
Western District of North Carolina
Charlotte Division
P.O. Box 34189
Charlotte, NC 28234-4189

Re:     Bradley Allen Wall
        Wendy Ester Wall

Case No.:   09-51259
Claim No.:  25

To Whom It May Concern:

We represent HSBC Bank Nevada, N.A.- Best Buy Co., Inc. in the above referenced matter. Our firm filed the above listed proof of claim on behalf of our client on January 8, 2010 in the amount of $3892.63. Upon reviewing case information, we respectfully request the above proof of claim be withdrawn.

If you have any questions or need further assistance regarding this matter, please feel free to contact us at our toll free number 888-283-4624 x 5908.

Sincerely,

Jennifer Pursley
Authorized Representative